

# United States District Court
# Eastern District of California

**CONTOUR-SIERRA INC.**

Plaintiff(s)

V.

**AEBI SCHMIDT INTERNATIONAL, AG**

Defendant(s)

Case Number: 22-CV-00414-JAM-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Steven Blatt, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Contour-Sierra Inc.

On 06/06/1994 (date), I was admitted to practice and presently in good standing in the US District Court - Eastern District of NY (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/26/2022

Signature of Applicant: /s/ Steven Blatt

**Pro Hac Vice Attorney**

Applicant's Name: Steven Blatt, Esq.
Law Firm Name: Bellavia Blatt, P.C.
Address: 200 Old Country Road -Suite 400

City: Mienola   State: NY   Zip: 11501
Phone Number w/Area Code: (516) 873-3000
City and State of Residence: 516-5547912
Primary E-mail Address: sblatt@dealerlaw.com
Secondary E-mail Address: flexb@aol.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew V. Stearns, Esq.
Law Firm Name: Robards & ~~Sterans~~ STEARNS
Address: 718 University Avenue - Suite 216

City: Los Gatos   State: CA   Zip: 95032
Phone Number w/Area Code: (408) 214-6432   Bar # 164848

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 3, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE