

United States District Court
Eastern District of California

CONTOUR-SIERRA INC.

Plaintiff(s)

V.

AEBI SCHMIDT INTERNATIONAL, AG

Defendant(s)

Case Number: 2:22-cv-00414-JAM-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Gregory F. Hauser, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Aebi Schmidt International, AG

On 02 08 1982 (date), I was admitted to practice and presently in good standing in the all courts of State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/19/2022

Signature of Applicant: /s/ Gregory F. Hauser

**Pro Hac Vice Attorney**

Applicant's Name: Gregory F. Hauser, Esq.
Law Firm Name: WUERSCH & GERING LLP
Address: 100 Wall Street, Fl 10

City: New York   State: NY   Zip: 10005
Phone Number w/Area Code: (212) 509-4717
City and State of Residence: New York, NY
Primary E-mail Address: gregory.hauser@wg-law.com
Secondary E-mail Address: 

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel L. Egan, Esq
Law Firm Name: Wilke Fleury LLP
Address: 621 Capitol Mall, 9th Floor

City: Sacramento   State: CA   Zip: 95814
Phone Number w/Area Code: (916) 441-2430   Bar #: 142631

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 22, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE