WILKE FLEURY LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN L. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
JASON G. ELDRED (SBN 327148)
jeldred@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:   (916) 441-2430
Fascimile:   (916) 442-6664

WUERSCH & GERING LLP
GREGORY F. HAUSER (admitted *pro hac vice*)
gregory.hauser@wg-law.com
100 Wall St., 10th Floor
New York, NY 10005
Telephone:   (212) 509-5050
Facsimile:   (212) 509-9559

Attorneys for Defendant AEBI SCHMIDT INTERNATIONAL, AG

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CONTOUR-SIERRA INC., aka CONTOUR-SIERRA AEBI TERRA TRAC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AEBI SCHMIDT INTERNATIONAL, AG,<br><br>Defendant. | Case No. 2:22-cv-00414-JAM-JDP<br><br>Hon. John A. Mendez<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Gregory F. Hauser, declare: I am over the age of eighteen years and not a party to the within action or proceedings; I am employed in the County of New York, State of New York; and my business address is 100 Wall Street, 10th Floor, New York, New York 10005. On August 24, 2022, I caused true and correct copies of the following documents to be served by CM/ECF Notice of Electronic Filing:

- Defendant's Notice of Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5)

- Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5)

- Declaration of Nadja Ceregato in Support of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5)

I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

The above-referenced documents were served on the interested parties in this action by CM/ECF Notice of Electronic Filing, and caused to be served by electronic mail on the following individuals:

Andrew V. Stearns
Gaurav D. Sharma
**ROBARDS & STEARNS, PC**
Twin Parks
718 University Avenue, Suite 216
Los Gatos, CA 95032
Telephone: (408) 214-6432
Facsimile: (408) 560-9592
email: AStearns@RobardsStearns.com
GSharma@RobardsStearns.com

Steven Blatt (admitted *pro hac vice*)
**BELLAVIA BLATT, P.C.**
200 Old Country Road – Suite 400
Mineola, NY 11501
Telephone: (516) 873-3000
email: sblatt@dealerlaw.com

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration, made in conformity with 28 U.S.C. § 1746, was executed at New York, New York, on August 24, 2022.

                */s/ Gregory F. Hauser*
                Gregory F. Hauser