ROBARDS & STEARNS, P.C.
ANDREW VINSON STEARNS (SBN 164849)
astearns@robardsstearns.com
718 University Avenue, Suite 216
Los Gatos, California 95032
Telephone: (408) 214-6432
Facsimile: (408) 560-9592

BELLAVIA BLATT, P.C.
STEVEN BLATT (admitted pro hac vice)
sblatt@dealerlaw.com
200 Old Country Road, Suite 400
Mineola, New York 11501
Telephone: (516) 873-3000
Facsimile: (516) 873-9032

Attorneys for Plaintiff CONTOUR SIERRA INC.,
aka CONTOUR-SIERRA AEBI TERRATRAC, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

-----------------------------------------------------------------X

| | |
|---|---|
| CONTOUR-SIERRA INC. a/k/a CONTOUR SIERRA AEBI TERRATRAC LLC,<br><br>                    Plaintiff,<br>v.<br><br>AEBI SCHMIDT INTERNATIONAL LTD.,<br><br>                    Defendant. | Case No. 2:22-cv-00414-JAM-JDP<br><br><br><br>Hon. John A. Mendez |

-----------------------------------------------------------------X

**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO**

**FED. R. CIV. P. 6(1)(B) AND E.D. CAL. CIV. L.R. 233**

IT IS HEREBY ORDERED:

1. Pursuant to Fed R. Civ. P. 6(1)(b), the time for Plaintiff Contour Sierra Inc. a/k/a Contour

    Sierra Aebi Terra Trac LLC to file opposition to the motion to dismiss filed by Defendant

Aebi Schmidt International, AG, is hereby extended up to and including October 12, 2022; and

2. Pursuant to Fed R. Civ. P. 6(1)(b), the time for Defendant Aebi Schmidt International, AG to file reply on the motion to dismiss is hereby extended up to and including October 24, 2022.

DATED:  September 23, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE