Andrew V. Stearns, SBN 164849
**ROBARDS & STEARNS, PC**
Twin Parks
718 University Avenue, Suite 216
Los Gatos, California 95032
Telephone: (408) 214-6432
Facsimile: (408) 560-9592
AStearns@RobardsStearns.com

Steven H. Blatt, *Pro Hac Vice*
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
sblatt@DealerLaw.com

Attorneys for Plaintiff:
CONTOUR-SIERRA INC. aka
CONTOUR-SIERRA AEBI
TERRATRAC, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

* * *

| | |
|---|---|
| CONTOUR-SIERRA, INC., a California corporation, aka CONTOUR-SIERRA AEBI TERRATRAC, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AEBI SCHMIDT INTERNATIONAL, AG, a German publicly traded company,<br><br>Defendant. | Civil Action No. 2:22-cv-00414-JAM-JDP<br><br>**STIPULATION and ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF No. 34)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, as follows:

The Pretrial Scheduling Order is amended, and the deadlines are extended, as follows:

1

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **04/25/2025** |
| Disclosure of Expert(s) Deadline | **02/28/2025** |
| Supplemental Disclosure Deadline | **03/14/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **06/20/2025** |
| Dispositive Motion Hearing | **09/09/2025, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | **10/23/2025** |
| Final pretrial conference | **10/31/2025, at 10:00 a.m.** |
| Jury Trial (10 Days) | **01/12/2026, at 9:00 a.m.** |

DATED:     September 8, 2024

          **ROBARDS & STEARNS, PC**
          ANDREW V. STEARNS (AVS 164849)
          astearns@robardsstearns.com
          718 University Avenue, Suite 216
          Los Gatos, California 95032
          Telephone:    (408) 214-6432
          Facsimile:     (409) 560-9592

          **BELLAVIA BLATT, P.C.**

          By:_____
          STEVEN H. BLATT (admitted *pro hac vice*)
          sblatt@dealerlaw.com
          200 Old Country Road, Suite 400
          Mineola, NY 11501
          Telephone:    (516) 873-3000
          Facsimile:     (516) 873-9032

          Attorneys for Plaintiff
          CONTOUR-SIERRA INC.

          **WILKE FLEURY LLP**
          JASON G. ELDRED (SBN 327148)
          jeldred@wilkefleury.com
          621 Capitol Mall, Suite 900
          Sacramento, California 95814
          Telephone:    (916) 441-2430
          Facsimile:     (916) 442-6664

          **WUERSCH & GERING LLP**

          By: _____
          GREGORY F. HAUSER (admitted *pro hac vice*)
          gregory.hauser@wg-law.com
          100 Wall St., 10th Floor
          New York, NY 10005
          Telephone:    (212) 509-5050
          Facsimile:     (212) 509-9559

          Attorneys for Defendant AEBI SCHMIDT
          INTERNATIONAL, AG

Andrew V. Stearns, SBN 164849
**ROBARDS & STEARNS, PC**
Twin Parks
718 University Avenue, Suite 216
Los Gatos, California 95032
Telephone: (408) 214-6432
Facsimile: (408) 560-9592
AStearns@RobardsStearns.com

Steven H. Blatt, *Pro Hac Vice*
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
(516) 873-3000
sblatt@DealerLaw.com

Attorneys for Plaintiff:
CONTOUR-SIERRA INC. aka
CONTOUR-SIERRA AEBI
TERRATRAC, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

* * *

| | |
|---|---|
| CONTOUR-SIERRA, INC., a California corporation, aka CONTOUR-SIERRA AEBI TERRATRAC, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> AEBI SCHMIDT INTERNATIONAL, AG, a German publicly traded company, <br><br> Defendants. | Civil Action No. 2:22-cv-00414-JAM-JDP |

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **04/25/2025** |
| Disclosure of Expert(s) Deadline | **02/28/2025** |
| Supplemental Disclosure Deadline | **03/14/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **06/20/2025** |
| Dispositive Motion Hearing | **09/09/2025, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | **10/23/2025** |
| Final pretrial conference | **10/31/2025, at 10:00 a.m.** |
| Jury Trial (10 Days) | **01/12/2026, at 9:00 a.m.** |

All other instructions contained in the December 12, 2023 Pretrial Scheduling Order (ECF No. 31) shall remain in effect.

**IT IS SO ORDERED.**

Dated: September 09, 2024         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE