Andrew V. Stearns, SBN 164849
**ROBARDS & STEARNS, PC**
Twin Parks
718 University Avenue, Suite 216
Los Gatos, California 95032
Telephone: (408) 214-6432
Facsimile: (408) 560-9592
AStearns@RobardsStearns.com

Steven H. Blatt, *Pro Hac Vice*
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
sblatt@DealerLaw.com

Attorneys for Plaintiff:
CONTOUR-SIERRA INC. aka
CONTOUR-SIERRA AEBI
TERRATRAC, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

* * *

| | |
|---|---|
| CONTOUR-SIERRA, INC., a California corporation, aka CONTOUR-SIERRA AEBI TERRATRAC, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AEBI SCHMIDT INTERNATIONAL, AG, a German publicly traded company,<br><br>Defendant. | Civil Action No. 2:22-cv-00414-JAM-JDP<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, as follows:

The Order Modifying Pretrial Scheduling Order (Dkt. 37) is amended, and the deadlines are extended, as follows:

1

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | 09/19/2025 |
| Disclosure of Expert(s) Deadline | 07/25/2025 |
| Supplemental Disclosure Deadline | 08/08/2025 |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | 11/21/2025 |
| Dispositive Motion Hearing | **01/27/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | 03/06/2026 |
| Final pretrial conference | **03/13/2026, at 10:00 a.m.** |
| Jury Trial | **04/27/2026, at 9:00 a.m.** |

All other instructions contained in the December 12, 2023 Pretrial Scheduling Order (ECF No. 31) and the Order Modifying Pretrial Scheduling Order (Dkt. 37) shall remain in effect.

1  DATED:        March 13, 2025

**ROBARDS & STEARNS, PC**
ANDREW V. STEARNS (AVS 164849)
astearns@robardsstearns.com
718 University Avenue, Suite 216
Los Gatos, California 95032
Telephone:   (408) 214-6432
Facsimile:    (409) 560-9592

**BELLAVIA BLATT, P.C.**

By:_/s/__ Steven Blatt_____ _____
STEVEN H. BLATT (admitted *pro hac vice*)
sblatt@dealerlaw.com
200 Old Country Road, Suite 400
Mineola, NY 11501
Telephone:   (516) 873-3000
Facsimile:    (516) 873-9032

Attorneys for Plaintiff
CONTOUR-SIERRA INC.

**WILKE FLEURY LLP**
JASON G. ELDRED (SBN 327148)
jeldred@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:    (916) 442-6664

**WUERSCH & GERING LLP**

By: _/s/__ Gregory F. Hauser _____
GREGORY F. HAUSER (admitted *pro hac vice*)
gregory.hauser@wg-law.com
100 Wall St., 10th Floor
New York, NY 10005
Telephone:   (212) 509-5050
Facsimile:    (212) 509-9559

Attorneys for Defendant AEBI SCHMIDT
INTERNATIONAL, AG

Andrew V. Stearns, SBN 164849
**ROBARDS & STEARNS, PC**
Twin Parks
718 University Avenue, Suite 216
Los Gatos, California 95032
Telephone: (408) 214-6432
Facsimile: (408) 560-9592
AStearns@RobardsStearns.com

Steven H. Blatt, *Pro Hac Vice*
**BELLAVIA BLATT, PC**
200 Old Country Road, Suite 400
Mineola, New York 11501
(516) 873-3000
sblatt@DealerLaw.com

Attorneys for Plaintiff:
CONTOUR-SIERRA INC. aka
CONTOUR-SIERRA AEBI
TERRATRAC, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

\* \* \*

| | |
|---|---|
| CONTOUR-SIERRA, INC., a California corporation, aka CONTOUR-SIERRA AEBI TERRATRAC, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AEBI SCHMIDT INTERNATIONAL, AG, a German publicly traded company,<br><br>Defendants. | Civil Action No. 2:22-cv-00414-JAM-JDP<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **09/19/2025** |
| Disclosure of Expert(s) Deadline | **07/25/2025** |
| Supplemental Disclosure Deadline | **08/08/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **11/21/2025** |
| Dispositive Motion Hearing | **01/27/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | **03/06/2026** |
| Final pretrial conference | **03/13/2026, at 10:00 a.m.** |
| Jury Trial | **04/27/2026, at 9:00 a.m.** |

All other instructions contained in the December 12, 2023 Pretrial Scheduling Order (ECF No. 31) shall remain in effect.

Dated: March 13, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE