UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

\* \* \*

| | |
|---|---|
| CONTOUR-SIERRA, INC., a California corporation, aka CONTOUR-SIERRA AEBI TERRATRAC, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AEBI SCHMIDT INTERNATIONAL, AG, a German publicly traded company,<br><br>Defendant. | Civil Action No. 2:22-cv-0414-JAM-JDP<br>Hon. John A. Mendez<br>Hon. Jeremy D. Peterson<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ADJOURN PLAINTIFF'S MOTION TO COMPEL (ECF No. 47) |

Pursuant to the above-captioned parties' Joint Stipulation to Adjourn Plaintiff's Motion to Compel, ECF No. 47, and for good cause shown, the court hereby orders that the June 26, 2025 hearing on plaintiff's motion to compel is continued to July 17, 2025, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 18, 2025                                    _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE