UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR-SIERRA, INC., | Case No. 2:22-cv-0414-JAM-JDP |
| Plaintiff, | |
| v. | ORDER |
| AEBI SCHMIDT INTERNATIONAL, AG, | |
| Defendant. | |

Plaintiff filed a motion to compel defendant to produce discovery, which is currently noticed for hearing on July 17, 2025. ECF Nos. 44, 48. Local Rule 251(a) provides that the Joint Statement re Discovery Disagreement must be filed at least fourteen days before the scheduled hearing date or, in this instance, by July 3, 2025. Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion. Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to compel, ECF No. 47, is denied without prejudice.

1

2. The July 17, 2025 hearing on plaintiff's motion is vacated.

IT IS SO ORDERED.

Dated:   July 9, 2025  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2