UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR-SIERRA, INC., | Case No. 2:22-cv-0414-JAM-JDP |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| AEBI SCHMIDT INTERNATIONAL, AG, | |
| Defendant. | |

This case was before the court on August 14, 2025, for hearing on plaintiff's motion to compel defendant to provide further responses to its requests for production of documents. ECF No. 54. Attorney Steven Blatt appeared on behalf of plaintiff, and attorney Gregory Hauser appeared on behalf of defendant.

For the reasons state on the record, it is hereby ORDERED that:

1. Plaintiff's motion to compel, ECF No. 54, is GRANTED in part.

2. By no later than September 4, 2025, defendant shall produce all documents responsive to RPD Nos. 25, 26, 35, 36, 42, 51, and 55, and all emails to and from Corey Thomas, David Navroth, and Josef Seiler from January 2013 to the present.

3. Defendant's production shall be limited to responsive documents that are within its possession, custody, or control.

1

4.  The balance of plaintiff's motion is denied.

IT IS SO ORDERED.

Dated:   August 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE