

# United States District Court
# Eastern District of California

Contour-Sierra, Inc., et al.

Plaintiff(s)

V.

AEBI-Schmidt International, AG

Defendant(s)

Case Number: 22-cv-00414

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Stephen Pipenger hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Contour-Sierra, Inc., a California Corporation, aka Contour-Sierra AEBI Terratrac, LLC a California li

On 09/17/2025 (date), I was admitted to practice and presently in good standing in the US District Court, Southern District of NY (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☒ have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 09/17/2025           Signature of Applicant: /s/ Stephen Pipenger

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Stephen Pipenger |
| Law Firm Name: | Bellavia Blatt P.C. |
| Address: | 200 Old Country Road - 4th floor |
| City: | Mineola    State: NY    Zip: 11501 |
| Phone Number w/Area Code: | (516) 873-3000 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | spipenger@dealerlaw.com |
| Secondary E-mail Address: | steve.pipenger@icloud.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Andrew v. Stearns |
| Law Firm Name: | Robards & Stearns |
| Address: | 718 University Avenue - Suite 216 |
| City: | Los Gatos    State: CA    Zip: 95032 |
| Phone Number w/Area Code: | (408) 214-6432    Bar # 164849 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/09/2025

*[signature]*

JUDGE, U.S. DISTRICT COURT