

# United States District Court
# Eastern District of California

| Contour-Sierra, Inc., et al. |
|---|

**Plaintiff(s)**

Case Number: 22-cv-00414

V.

| AEBI-Schmidt International, AG |
|---|

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

**Defendant(s)**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Francine B. Goodman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Contour-Sierra, Inc., a California corporation, aka Contour-Sierra AEBI Terratrac, LLC, a Califormia

On 11/08/1994 (date), I was admitted to practice and presently in good standing in the US District Court, Southern District of NY (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 10/14/2025    Signature of Applicant: /s/ Francine B. Goodman

**Pro Hac Vice Attorney**

Applicant's Name: Francine B. Goodman
Law Firm Name: Bellavia Blatt, P.C.
Address: 200 Old Country Road, Suite 400

City: Mineola   State: NY   Zip: 11501
Phone Number w/Area Code: (516) 873-3000
City and State of Residence: Freeport, NY
Primary E-mail Address: fgoodman@dealerlaw.com
Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew V. Stearns
Law Firm Name: Robards & Stearns, PC
Address: 718 University Avenue, Suite 216

City: Los Gatos   State: CA   Zip: 95032
Phone Number w/Area Code: (408) 214-6432   Bar #: 164849

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 25, 2025

_____
JUDGE, U.S. DISTRICT COURT