```
1   Andrew V. Stearns, SBN 164849
    ROBARDS & STEARNS, PC
2   Twin Parks
    718 University Avenue, Suite 216
3   Los Gatos, California 95032
    Telephone: (408) 214-6432
4   Facsimile: (408) 560-9592
    AStearns@RobardsStearns.com
5
    Leonard A. Bellavia, Pro Hac Vice
6   BELLAVIA COHEN, PC
    200 Old Country Road, Suite 400
7   Mineola, New York 11501
    (516) 873-3000
8   sblatt@DealerLaw.com

9   Attorneys for Plaintiff:
    CONTOUR-SIERRA INC. aka
10  CONTOUR-SIERRA AEBI
    TERRATRAC, LLC
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

\* \* \*

| CONTOUR-SIERRA, INC., a California corporation, aka CONTOUR-SIERRA AEBI TERRATRAC, LLC, a California limited liability company, | ) ) ) ) ) | CASE NO. 2:22-cv-00414-JAM-JDP |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER TO SEAL** |
| vs. | ) ) | |
| AEBI SCHMIDT INTERNATIONAL, AG, a German publicly traded company, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Plaintiff's Request to Seal, IT IS HEREBY ORDERED that Exhibit 7 of the Declaration of Steve Rankin in Opposition to Defendant's Motion for Partial Summary Judgment and/or Summary Adjudication filed on December 4, 2025 [Dkt. No. 80-7], shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for the parties. The Court finds that, for the reasons stated in the Plaintiff's request, sealing serves a compelling interest.

Dated:  December 12, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE