

# United States District Court
# Eastern District of California

Contour-Sierra, Inc., et al.

Plaintiff(s)

Case Number: 22-cv-00414-JAM-JDP

V.

AEBI-Schmidt International, AG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Edward H. Glenn _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Contour-Sierra, Inc., a California Corporation, aka Contour-Sierra AEBI Terratrac, LLC

On _____09/10/2002_____ (date), I was admitted to practice and presently in good standing in the
__US District Court, Eastern District of NY__ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____01/14/2026_____          Signature of Applicant: /s/ Edward H. Glenn _____

**Pro Hac Vice Attorney**

Applicant's Name: Edward H. Glenn

Law Firm Name: Bellavia Cohen, PC

Address: 200 Old Country Road

City: Mineola     State: NY     Zip: 11501

Phone Number w/Area Code: (516) 873-3000

City and State of Residence: Garden City, New York

Primary E-mail Address: eglenn@bellaviacohen.com

Secondary E-mail Address: eglenn@bellaviacohen.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew V. Stearns

Law Firm Name: Robards & Stearns, P.C.

Address: 718 University Avenue - Suite 216

City: Los Gatos     State: CA     Zip: 95032

Phone Number w/Area Code: (408) 214-6432     Bar # 164849

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: <u>January 14, 2026</u>

_____
JUDGE, U.S. DISTRICT COURT