

# United States District Court
# Eastern District of California

| | |
|---|---|
| CONTOUR-SIERRA, INC., aka Contour-Sierra AEBI TERRATRAC, LLC, | Case Number: 2:22-cv-00414-JAM-JDP |
| Plaintiff(s) | |
| V. | |
| AEBI SCHMIDT INTERNATIONAL, AG, | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Connor A. Sabatino _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

AEBI SCHMIDT INTERNATIONAL, AG

On _____06/09/2009_____ (date), I was admitted to practice and presently in good standing in the

_____Western District of Wisconsin_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____03/03/2026_____     Signature of Applicant: /s/ _____Connor A. Sabatino_____

**Pro Hac Vice Attorney**

Applicant's Name: Connor A. Sabatino

Law Firm Name: Foley & Lardner LLP

Address: 150 East Gilman Street

Suite 5000

City: Madison    State: WI    Zip: 53703

Phone Number w/Area Code: (608) 258-4283

City and State of Residence: Madison, Wisconsin

Primary E-mail Address: csabatino@foley.com

Secondary E-mail Address: jillian.soderman@foley.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel L. Egan, Esq.

Law Firm Name: Wilke Fleury LLP

Address: 621 Capitol Mall, 9th Floor

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 441-2430    Bar # 142631

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 12, 2026

_____
JUDGE, U.S. DISTRICT COURT