

# United States District Court
# Eastern District of California

CONTOUR-SIERRA INC.

Plaintiff(s)

V.

AEBI SCHMIDT INTERNATIONAL, AG

Defendant(s)

Case Number: 2:22-cv-00414-JAM-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Jared Senzer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

AEBI SCHMIDT INTERNATIONAL, AG

On _____04/16/2018_____ (date), I was admitted to practice and presently in good standing in the _____all courts of the State of New York_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____03/10/2026_____    Signature of Applicant: /s/ Michael Jared Senzer

**Pro Hac Vice Attorney**

Applicant's Name: Michael Jared Senzer

Law Firm Name: Wuersch & Gering LLP

Address: Wall Street Plaza

88 Pine Street, 20th Floor

City: New York        State: NY        Zip: 10005

Phone Number w/Area Code: (212) 509-6315

City and State of Residence: Brooklyn, New York

Primary E-mail Address: michael.senzer@wg-law.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel L. Egan, Esq.

Law Firm Name: Wilke Fleury LLP

Address: 621 Capitol Mall, 9th Floor

City: Sacramento        State: CA        Zip: 95814

Phone Number w/Area Code: (916) 441-2430        Bar # 142631

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 12, 2026

_____
JUDGE, U.S. DISTRICT COURT