WILKE FLEURY LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN L. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
JASON G. ELDRED (SBN 327148)
jeldred@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:    (916) 441-2430
Fascimile:    (916) 442-6664

WUERSCH & GERING LLP
GREGORY F. HAUSER (admitted *pro hac vice*)
gregory.hauser@wg-law.com
MICHAEL J. SENZER (admitted *pro hac vice*)
michael.senzer@wg-law.com
Wall Street Plaza, 88 Pine Street, 20th Floor
New York, NY 10005
Telephone:    (212) 509-5050
Facsimile:    (212) 509-9559

FOLEY & LARDNER LLP
CONNOR A. SABATINO (admitted *pro hac vice*)
csabatino@foley.com
150 East Gilman Street, Suite 5000
Madison, WI 53703
Telephone:    (608) 257-5035
Facsimile:    (608) 258-4258

Attorneys for Defendant AEBI SCHMIDT
INTERNATIONAL, AG

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| CONTOUR-SIERRA INC., aka CONTOUR-SIERRA AEBI TERRA TRAC, LLC,<br><br><br><br>Plaintiff,<br><br>v.<br><br>AEBI SCHMIDT INTERNATIONAL, AG,<br><br>Defendant. | Case No. 2:22-cv-00414-JAM-JDP<br><br>[~~PROPOSED~~] **STIPULATION AND ORDER AUTHORIZING SETTLEMENT CONFERENCE ATTENDANCE BY FEWER THAN ALL ATTORNEYS WHO WILL TRY THE CASE**<br><br>Date:        April 10, 2026<br>Time:        10:00 a.m. (via Zoom)<br>Judge:        Hon. Sean C. Riordan |

[PROPOSED] STIPULATION AND ORDER AUTHORIZING SETTLEMENT CONFERENCE
ATTENDANCE BY FEWER THAN ALL ATTORNEYS WHO WILL TRY THE CASE
Case No. 2:22-cv-00414-JAM-JDP

**WHEREAS,** the Court has scheduled a settlement conference, to be convened on April 10, 2026, at 10:00 a.m., via Zoom (Dkt. 107) (the "Settlement Conference");

**WHEREAS,** the Court's order setting the Settlement Conference directs that, "[u]nless otherwise specifically authorized by the court in advance of the settlement conference, the following individuals must participate in the settlement conference: (1) all of the attorney(s) who will try the case," Dkt. 107 at 1;

**WHEREAS,** the Court's order setting the Settlement Conference also scheduled "a short, pre-settlement conference via Zoom on April 9, 2026," in which "[o]nly the lead attorney from each side should participate," and further provides that "[t]he court expects that the attorneys participating in the pre-settlement conference discussion will also participate in the settlement conference," Dkt. 107 at 3, 3 n.1;

**WHEREAS,** several attorneys are anticipated to be involved in trial of this action for each of Plaintiff and Defendant;

**WHEREAS,** the parties will incur significant costs and fees related to the Settlement Conference if all of the attorneys who will try the case are required to attend the Settlement Conference, which may make settlement less likely;

**WHEREAS,** given the foregoing, counsel for Defendant and Plaintiff agree that it is in the best interests of their respective clients that fewer than all of the attorneys who will try the case are involved in the Settlement Conference, and counsel therefore requests the Court's authorization that the Settlement Conference may be attended by fewer than all of the attorneys who will try the case, so long as lead counsel who will participate in the pre-settlement conference discussion also attend the Settlement Conference (the "Request"); and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the parties, that the parties jointly seek the Court's approval of the Request, and it is therefore **RESPECTFULLY REQUESTED** that the Court enter an order granting the Request, and authorizing attendance at the Settlement Conference by fewer than all attorneys who will try the case.

[*Signature Page Follows*]

DATED: March 31, 2026                          BELLAVIA COHEN, P.C.

By: */s/ Edward Glenn*
    Edward Glenn (admitted *pro hac vice*)
    Attorneys for Plaintiff

DATED: March 31, 2026                          WUERSCH & GERING LLP

By: */s/ Gregory F. Hauser*
    Gregory F. Hauser (admitted *pro hac vice*)
    Attorneys for Defendant

The Court, having reviewed and considered the parties' Proposed Stipulation and Order, hereby ORDERS that the Request contained in the stipulation is GRANTED.

The Court authorizes appearance at the April 10, 2026 settlement conference by fewer than all attorneys who will try the case. Lead trial counsel for both parties (*i.e.*, those attorneys participating in the pre-settlement conference discussion on April 9, 2026) must appear at the settlement conference.

**IT IS SO ORDERED.**

Dated:  April 6, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER AUTHORIZING SETTLEMENT CONFERENCE ATTENDANCE BY
FEWER THAN ALL ATTORNEYS WHO WILL TRY THE CASE
Case No. 2:22-cv-00414-JAM-JDP