WILKE FLEURY LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN L. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
JASON G. ELDRED (SBN 327148)
jeldred@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:    (916) 441-2430
Fascimile:    (916) 442-6664

WUERSCH & GERING LLP
GREGORY F. HAUSER (admitted *pro hac vice*)
gregory.hauser@wg-law.com
MICHAEL J. SENZER (admitted *pro hac vice*)
michael.senzer@wg-law.com
Wall Street Plaza, 88 Pine Street, 20th Floor
New York, NY 10005
Telephone:    (212) 509-5050
Facsimile:    (212) 509-9559

FOLEY & LARDNER LLP
CONNOR A. SABATINO (admitted *pro hac vice*)
csabatino@foley.com
150 East Gilman Street, Suite 5000
Madison, WI 53703
Telephone:    (608) 257-5035
Facsimile:    (608) 258-4258

Attorneys for Defendant AEBI SCHMIDT
INTERNATIONAL, AG

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CONTOUR-SIERRA INC., aka CONTOUR-SIERRA AEBI TERRA TRAC, LLC, | Case No. 2:22-cv-00414-JAM-JDP |
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER AUTHORIZING PRODUCTION OF SEALED TRANSCRIPT** |
| v. | |
| AEBI SCHMIDT INTERNATIONAL, AG, | |
| Defendant. | |

Defendant, Aebi Schmidt International, AG ("Defendant"), respectfully moves this Court for an order authorizing stenographic production, and dissemination to Defendant's counsel, of the sealed transcript from the April 10, 2026, settlement conference conducted in this case (the "Settlement Conference").

At the close of the Settlement Conference, during which a settlement was reached, the Court entered an order directing that the record from the Settlement Conference be sealed. *See* Dkt. 120. In order to facilitate the filing of dispositional documents, which the Court has ordered to be filed on or before May 11, 2026, *see id.*, Defendant has ordered the transcript for the Settlement Conference record, Dkt. 121. On April 16, 2026, Defendant was informed by the stenographer responsible for preparing the transcript from the Settlement Conference that an order from the Court is needed for Defendant to receive the transcript. Accordingly, Defendant respectfully moves this Court for an order authorizing stenographic production, and dissemination to Defendant's counsel, of the sealed transcript from the Settlement Conference.

Respectfully submitted,

DATED: April 17, 2026          WUERSCH & GERING LLP

By: */s/ Gregory F. Hauser*
    Gregory F. Hauser (admitted *pro hac vice*)
    Attorneys for Defendant

REQUEST AND [PROPOSED] ORDER AUTHORIZING PRODUCTION OF SEALED TRANSCRIPT
Case No. 2:22-cv-00414-JAM JDP-1

The Court, having reviewed and considered the Defendant's Request and Proposed Order, hereby ORDERS that the Request is GRANTED.

The Court authorizes production and dissemination to Defendant's counsel of the sealed transcript from the April 10, 2026, settlement conference.

**IT IS SO ORDERED.**

Dated: April 17, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE